**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7356**

---

JOHN GRADY MORRIS,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION; JOHN T. HADDEN, Warden, Federal Correctional Institution, Butner, North Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-95-313-5-HC-F)

---

Submitted: December 14, 1995     Decided: January 17, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Grady Morris, Appellant Pro Se. Janice McKenzie Cole, United States Attorney, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Morris v. United States Parole Comm'n</u>, No. CA-95-313-5-HC-F (E.D.N.C. July 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2